UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br><br>Plaintiff,<br><br>v.<br><br>ALL-STAR DRYWALL, INC.<br><br>Defendant | C.A. No. 05-10550 DPW |

NOTICE OF DISMISSAL

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff hereby files this Notice of Dismissal. This Notice of Dismissal is being filed as a result of a Notice of Chapter 7 Bankruptcy filed by the Defendant.

                                              Painters And Allied Trades District
                                              Council No. 35

                                              /s/ Michael A. Feinberg
                                              Michael A. Feinberg, Esq.

Dated: September 12, 2005